# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHERELLE R.,**[1]

    **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

**Case No. 2:23-cv-2085**
**Judge Sarah D. Morrison**
**Magistrate Elizabeth Preston Deavers**

## ORDER

This matter is before the Court on a Report and Recommendation issued by the Magistrate Judge on August 7, 2024. (ECF No. 12.) The time for filing objections has passed, and no objections have been filed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. For the reasons set forth therein, the Commissioner's decision is **REVERSED**, and this action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation (ECF No. 12). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

    **IT IS SO ORDERED.**

                              /s/ Sarah D. Morrison
                              **SARAH D. MORRISON**
                              **UNITED STATES DISTRICT JUDGE**

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment, or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.